UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| RODNEY E. MACE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:09CV00025 ERW |
| ) | |
| DEPARTMENT OF CORRECTIONS ) | |
| OF MISSOURI, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL
## PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

So Ordered this 31st Day of July, 2009.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE